BERSIN PROPERTIES, LLC, Appellant, v COUNTY OF MONROE INDUSTRIAL DEVELOPMENT AGENCY, Respondent, et al., Defendants. (Appeal No. 4.) [65 NYS3d 824]—Appeal from a judgment of the Supreme Court, Monroe County (Matthew A. Rosenbaum, J.), entered June 30, 2016. The judgment directed plaintiff to pay certain monies to defendant County of Monroe Industrial Development Agency.

BERSIN PROPERTIES, LLC, Appellant, v COUNTY OF MONROE INDUSTRIAL DEVELOPMENT AGENCY et al., Defendants, and EAST IRONDEQUOIT CENTRAL SCHOOL DISTRICT, Respondent. (Appeal No. 7.) [65 NYS3d 836]—Appeal from a judgment of the Supreme Court, Monroe County (Matthew A. Rosenbaum, J.), entered June 21, 2016. The judgment directed plaintiff to pay

certain monies to defendant East Irondequoit Central School District.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Peradotto, DeJoseph, NeMoyer and Curran, JJ.